## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

RIC CORPORATION, et al.                              Civil 04-1370 (JRT/FLN)

      Plaintiffs,

v.                                                   O R D E R

EPIC HOLDINGS, INC., et al.

      Defendants.

_____

Lawrence J. Field and Arthur G. Boylan, **LEONARD STREET AND DEINARD**, 150 South Fifth Street, Suite 2300, Minneapolis, Minnesota 55402, for plaintiff.

Reinert Erdahl, 15025 Glazier Avenue, Suite 100, Post Office Box 241029, Apple Valley, Minnesota 55124, pro se defendant for EPIC Holdings Inc. and EPIC Agency Inc.

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated July 22, 2005, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that:

1. Plaintiffs' motion for attorneys' fees [Docket No. 57] is GRANTED; and

2. Plaintiffs' motion for default judgment [Docket No. 58] is GRANTED.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: August 12, 2005            s/John R. Tunheim
at Minneapolis, Minnesota         JOHN R. TUNHEIM
                                             United States District Judge